U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2018 AUG 23 AM 11:59

CLERK

BY ᴌᴀᴡ
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 2:18-cr-95-1 |
| ) | |
| ) | (8 U.S.C. § 1326) |
| MIGUEL LOPEZ-CASTILLO ) | |

### INDICTMENT

The grand jury charges:

1. On or about May 7, 2008 and again on or about October 12, 2012, MIGUEL LOPEZ-CASTILLO was deported and removed from the United States.

2. On or about May 29, 2018, in the District of Vermont, the defendant MIGUEL LOPEZ-CASTILLO, having been deported and removed from the United States, was found in the United States, having not obtained the consent of the Attorney General of the United States for reapplication for admission into the United States.

(8 U.S.C. § 1326(a))

1

A TRUE BILL



FOREPERSON

*Christina E. Nolan*
CHRISTINA E. NOLAN (GLW)
United States Attorney
Burlington, Vermont
August 23, 2018